UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Misc. No. |
| v. | ) | (Related to Cr. No. 13-290) |
| SANDRA DELVAL, | ) | |
| Defendant, | ) | |
| ONE CALL MEDICAL INC., and its successors and assigns, | ) | ELECTRONICALLY FILED |
| Garnishee. | ) | |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment ("Judgment") entered on October 10, 2014, against the Defendant, Sandra Delval, in the above-cited action, Social Security Number XXX-XX-0256, whose last known address is XXXXXXXXXXXXX, Carnegie, Pennsylvania.

The total balance due on the Judgment as of November 21, 2022 is $3,948.00.

Not less than 30 days have elapsed since the demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the Defendant or is in possession of property of the Defendant. The United States also believes the Defendant holds a non-exempt interest in this property.

The name and address of the Garnishee is One Call Medical Inc., Suite 204, 841 Prudential Drive, Jacksonville, FL 32207-8371

                                      Respectfully submitted,

                                      CINDY K. CHUNG
                                      United States Attorney

                                      /s/Jill L. Locnikar
                                      JILL L. LOCNIKAR
                                      Assistant U.S. Attorney
                                      Joseph F. Weis, Jr., U.S. Courthouse
                                      700 Grant Street, Suite 4000
                                      Pittsburgh, PA  15219
                                      412-894-7429
                                      (412) 644-5870 - fax
                                      jill.locnikar@usdoj.gov
                                      PA I.D. No. 85892 (flu)